UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> ) | 1:17-MJ-025 <br><br> **Filed Under Seal** |

## AMENDED ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Twitter, Inc., an electronic communications service provider and/or a remote computing service located in San Francisco, CA, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Twitter, Inc. shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED that Twitter, Inc. shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of

the account(s) listed in Attachment A, or to any other person, until the sooner of 180 days from production of the requested information to the Government or further Order of the Court, except that Twitter, Inc. may disclose this Order to an attorney for Twitter, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the government's Motion to Amend Order and this Order are sealed until otherwise ordered by the Court.

_____
Hon. Brian K. Epps
United States Magistrate Judge

7/14/17
Date

## ATTACHMENT A

### I.  The Account(s)

The Order applies to certain records and information associated with the following subscriber(s): @Reezlie ("Sara Winners").

### II.  Records and Other Information to Be Disclosed

Twitter, Inc. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period beginning June 1, 2016, through and including June 7, 2017:

- A.  The following information about the customers or subscribers of the Account:

    1. Names (including subscriber names, user names, and screen names);
    2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
    3. Local and long distance telephone connection records;
    4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
    5. Length of service (including start date) and types of service utilized;
    6. Telephone or instrument numbers (including MAC addresses);
    7. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses (including carrier grade natting addresses or ports)); and
    8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

- B.  All records and other information (not including the contents of communications) relating to the Account, including:

    1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;

2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).

3. Records of any accounts registered with the same email address, phone number(s), method(s) of payment, or IP address the account listed in Part I; and

4. Records of any accounts that are linked to the account listed in Part I by machine cookies (meaning all Google user IDs that logged into any Google account by the same machine as the account in Part I).