UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | 1:17-MJ-25 |

## ORDER

Having considered the government's motion, it is hereby ORDERED that the nondisclosure order issued to Twitter, Inc. on June 13, 2017 in the above-captioned matter be modified to permit Twitter, Inc. to notify the subscriber or customer of the existence of the underlying investigative legal process relating to the following account: @Reezlie ("Sara Winners").

IT IS FURTHER ORDERED that the Government's Application, this Order, and matters previously filed in Case Number 1:17-MJ-25 be UNSEALED.

IT IS SO ORDERED.

HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

8/31/17
Date