UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE APPLICATION OF THE )
UNITED STATES OF AMERICA FOR ) 1:17-MJ-25
AN ORDER PURSUANT TO )
18 U.S.C. § 2703(d) )

## ORDER

Having considered the government's motion, it is hereby ORDERED that the nondisclosure order issued to Facebook, Inc. on June 13, 2017 in the above-captioned matter be modified to permit Facebook, Inc. to notify the subscriber or customer of the existence of the underlying investigative legal process relating to the following accounts: www.facebook.com/Reality Winner and www.instagram.com/reezlie/.

IT IS FURTHER ORDERED that the Government's Application, this Order, and matters previously filed in Case Number 1:17-MJ-25 be UNSEALED.

IT IS SO ORDERED.

HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

Date 8/31/17