IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:17-MJ-25 |
| v. | |
| REALITY LEIGH WINNER, | |
| Defendant. | |

## ORDER

The Government's motion, having been read and considered, is hereby GRANTED. The following docket entries are hereby UNSEALED:

(1) the Application and Search Warrant for information associated with DA3REFITNESS@GMAIL.COM that is stored at premises controlled by Dropbox, Inc., issued on September 15, 2017;

(2) the Application and Search Warrant for information associated DA3REFITNESS@GMAIL.COM and REWINNER34@GMAIL.COM that is stored at premises controlled by Google, Inc. issued on October 5, 2017; and

(3) the government's Motion to Unseal the aforementioned items.

SO ORDERED this 1st day of December, 2017.

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA